IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VANESSA A. ACKLEY, | ) | CASE NO. 4:20-cv-00325 |
| | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | AMANDA M. KNAPP |
| v. | ) | |
| | ) | |
| HOWLAND TOWNSHIP POLICE | ) | **ORDER** |
| DEPARTMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The parties' joint status report reflects that the discovery dispute referred to the undersigned has not been resolved in its entirety. (ECF Doc. 33.) Accordingly, no later than October 27, 2021, Defendants shall file copies of: (1) Plaintiff's written discovery requests; (2) Defendants' written responses to those requests; and (3) a list summarizing the documents Defendants have produced or agreed to produce to Plaintiff, including any documents produced with Defendants' initial disclosures. Unless otherwise ordered, no additional filings or briefing shall be filed with respect to the pending discovery dispute.

A telephone conference with Plaintiff and counsel for Defendants will be conducted before the undersigned on November 3, 2021, at 3:00 p.m. Call in instructions will be emailed to Plaintiff and Defendants' counsel prior to the conference.

Dated: October 25, 2021

                                                      */s/ Amanda M. Knapp*
                                                      Amanda M. Knapp
                                                      United States Magistrate Judge